3085.    McGee v. Lowry National Bank.

Russell, J.   1. As to certiorari cases the Civil Code (1910), § 5190, pro-
vides:  "The plaintiff in certiorari shall cause written notice to be given
to the opposite party in interest, his agent, or attorney, of the sanction
of the writ of certiorari, and also the time and place of hearing, at least
ten days before the sitting of the court to which the same shall be return-
able, and in default of such notice (unless prevented by unavoidable
cause) the certiorari shall be dismissed."

2. Acknowledgment of service or waiver of service is a courtesy which the
law does not compel, and failure to serve the notice required by the
foregoing code section is not excused by the refusal of counsel for the
defendant in certiorari either to waive or to acknowledge service of the
notice.   The fact that counsel for defendant in error has actual parol
notice of the sanction of the certiorari and of the time and place of the
hearing makes no difference.   *Frank* v. *May*, 86 *Ga.* 659, 661 (13 S. E.
19).                                                    *Judgment affirmed.*

Decided September 11, 1911.

Certiorari; from Fulton superior court—Judge Bell. October
13, 1910.

*George W. Brooks,* for plaintiff in error.   *J. H. Porter,* contra.

3108.    Jackson v. McCracken.

Powell, J.   1. Though a summons issued by a justice of the peace names
a number of defendants, only such as are served, or voluntarily appear
and plead, become parties to the case.   In the case at bar, though the
summons designated more than one defendant, it affirmatively appears
that only one appeared and pleaded, and there is no evidence that the
others were served.   The verdict is in terms a finding as between the
defendant who appeared and the plaintiff.   The court did not err in
refusing to dismiss the certiorari brought by the plaintiff, on the ground
that the bond was payable only to the defendant in whose favor the
verdict was rendered, and not also in favor of the other defendants
named in the summons.   For a similar reason, failure to serve the other
persons with notice of the sanction of the certiorari was not cause for
a dismissal of the certiorari.

2. The judge of the superior court did not err in granting a new trial.
                                                    *Judgment affirmed.*

Decided September 11, 1911.

Certiorari; from Banks superior court—Judge Brand.   Septem-
ber 16, 1910.

*I. H. Sutton, Robert McMillan,* for plaintiff in error.

*J. C. Edwards,* contra.